AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED _____
ENTERED _____          _____ RECEIVED
                       _____ SERVED ON
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

## for the

_____ District of _____

DEC 1 0 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Robert Nelson

*Plaintiff/Petitioner*

)
)
)
)                  Civil Action No.
)
)

v.

US Foods  Bob Blenkenship

*Defendant/Respondent*

"NO COPY"

3:20-cv-00687

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ N/A _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are: Unemployable.

My gross pay or wages are:  $ _____ 0 _____ , and my take-home pay or wages are:  $ _____ 0 _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

161,000

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Got hurt At US Foods, paid out 161,000. They stole most of it back, I'll Explain in court.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _20,000, Looking for Somewere to live, It'll be gone._

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: _Just An old Ranch Truck With A New paint Job._

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: _No, I have Nothing -_

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: _No one will even Talk to me,_

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: _Yes, I Need to build piram.'ds._

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _12/9/2020_

_____
Applicant's signature

_Robert Nelson_
Printed name